UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROSAURA RODRIGUEZ,

                    Plaintiff,

       -against-

POLICE OFFICER NILSA PATRICIO, 44TH PRECINCT NYPD; SERGEANT JOHN DOE 2, 44TH PRECINCT NYPD; INSPECTOR DERMOT F. SHEA, 44TH PRECINCT NYPD; RAYMOND KELLY, NYPD COMMISSIONER; and THE CITY OF NEW YORK,

                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

11 CV 0515 (RMB)

      **PLEASE TAKE NOTICE** that **Cecilia A. Silver**, Assistant Corporation Counsel, should be added as counsel of record, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for Defendants City of New York and New York Police Department Commissioner Raymond Kelly.

Dated: New York, New York
       February 15, 2011

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              Attorney for Defendants
                              100 Church Street
                              New York, New York 10007
                              (212) 788-8684

                              By:   ___/s/_____
                                    Cecilia A. Silver
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

cc:    D. Andrew Marshall, Esq.  (via ECF)
        225 Broadway, Suite 1804
        New York, NY 10007
        (212) 571-3030

        *Attorney for Plaintiff*